IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENNIS LYN BROOKS,** | Case No. 2:18-cv-1605-TLN-EFB |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **K. LOFTIN, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendant Cox and Loftin's request for a forty-five-day extension of time to respond to the complaint is granted. Defendants shall have up to and including October 25, 2018, to file their responsive pleading.

Dated: September 10, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE