IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DENNIS LYN BROOKS,**<br><br>Plaintiff,<br><br>v.<br><br>**K. LOFTIN, et al.,**<br><br>Defendants. | Case No.: 2:18-cv-01605-TLN EFB P<br><br>**[~~PROPOSED~~] ORDER VACATING THE DEADLINES IN THE DISCOVERY AND SCHEDULING ORDER PENDING MEDIATION** |

The Court, having considered Defendants' motion to vacate the deadlines in the Discovery and Scheduling Order, and good cause appearing:

**IT IS ORDERED** that the deadlines in the Discovery and Scheduling Order (ECF No. 17) are vacated. If necessary, the Court will issue an amended Discovery and Scheduling Order after the mediation in this case, set for February 27, 2019.

Dated: January 8, 2019.

The Honorable Edmund F. Brennan