# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS LYN BROOKS,
        Plaintiff,                      No. 2:18-cv-1605-TLN-EFB P

vs.

K. LOFTIN, et al.,
        Defendants.            **ORDER & WRIT OF HABEAS CORPUS**
                          /                **AD TESTIFICANDUM**

       Dennis Lyn Brooks a necessary and material witness in proceedings in this case on February 27, 2019, is confined in West Valley Detention Center, in the custody of the Sheriff of San Bernardino County; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Magistrate Judge Carolyn K. Delaney, to appear by tele-conferencing at West Valley Detention Center on February 27, 2019 at 9:30 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by tele-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

       2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

       3. Magistrate Judge Carolyn K. Delaney's courtroom deputy will arrange for the telephonic settlement conference with the West Valley Detention Center.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Sheriff of San Bernardino County, 655 East Third Street, San Bernardino, California 92415-0061:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by tele-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: February 12, 2019.

                                                             EDMUND F. BRENNAN
                                                             UNITED STATES MAGISTRATE JUDGE